UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

MALIBU MEDIA, LLC,

                  Plaintiff,                  Civil Action File No.
                                           15-CV-3488-SJF-SIL

     -against-

JOHN DOE,

                  Defendant.

-----------------------------------------------------------x   **NOTICE OF APPEARANCE**

          **PLEASE TAKE NOTICE** that the undersigned hereby appears on behalf of

defendant JOHN DOE.

Dated: Forest Hills, New York
         March 4, 2017

                                   **RAY BECKERMAN P.C.**

                                   By:_____
                                   Ray Beckerman
                                   Attorneys for Defendant
                                   10818 Queens Blvd. 4th Fl.
                                   Forest Hills NY 11375
                                   (718) 544-3434
                                   ray@beckermanlegal.com